(A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN ELY WOODROW (2 Appeals). (B) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES E. McINTOSH. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JACKSON.— [In each case] Motion granted and time for argument of appeal enlarged to include October 1962 Term.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACOB WISSENFELD, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion granted to extent that time for argument of appeal is enlarged to include November 1962 Term, and otherwise denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY NELSON LINK, Appellant.—Motion to prosecute appeal as a poor person denied. Memorandum: Upon a direct appeal the judgment of conviction was affirmed by this court (14 A D 2d 483). All of the questions presented in this *coram nobis* proceeding were therein passed upon. (Cf. *People ex rel. Baumgart* v. *Martin*, 9 N Y 2d 351.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN MORRISON, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as a poor person denied. (See *People ex rel. Lee* v. *Jackson*, 285 App. Div. 33, affd. 309 N. Y. 676.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES SMITH, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as a poor person denied on the ground that the record does not show that relator is entitled to any relief in habeas corpus.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND BAILEY, Appellant.— Motion to prosecute appeal as a poor person denied on the ground that it does not appear that there is an appeal pending.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT J. MARRONE, Appellant.— Motion granted to prosecute on original papers, typed briefs, on appeal in *coram nobis* proceeding; John Longeretta, Esq., removed as attorney to prosecute appeal from judgment of conviction and Robert A. Bankert, Esq., assigned as attorney to conduct both appeals; time for argument of appeals enlarged to include November 1962 Term.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID PATRICK PERRY, Appellant.— Motion granted to prosecute appeal on original papers, typewritten briefs and M. James Tizzano, Esq., assigned as attorney to conduct appeal; appeal dismissed unless briefs are filed on or before October 31, 1962.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD OAKLEY BRYANT, Appellant.— Motion granted and time for filing respondent's brief enlarged to September 10, 1962.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND SCHNEIDER, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANNIE HAMILTON, Appellant.— Motion granted to prosecute appeal on original record, typed briefs, and A. E. Schulgasser assigned as attorney to conduct appeal. Appeal dismissed unless briefs are filed and served on or before October 31, 1962.